IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JEFFREY GODECK : CIVIL ACTION
:
v. :
:
JOHN THOMAS, et al. : NO. 09-5583

ORDER

AND NOW this 26th day of July, 2010, upon consideration of the Commonwealth Defendants' Motion to Dismiss Plaintiff's Complaint (Docket No. 3), no timely response to which has been received by the Court, IT IS HEREBY ORDERED, for the reasons set forth in a Memorandum of today's date, that the Motion is GRANTED. The plaintiff's complaint is dismissed without prejudice. The Court will allow the plaintiff 30 days to file an amended complaint.

BY THE COURT:

/s/Mary A. McLaughlin
MARY A. McLAUGHLIN, J.